# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PABLO ESQUIVEL ROSALES, et. al.<br><br>　　　　　Defendant. | No. 1:05 CR-00179<br><br>**ORDER RE:**<br>**MOTION TO CONTINUE TRIAL** |

   Before the Court for resolution is Defendants Unopposed Motion to Continue the Trial. The court having considered the submissions of the defendant, and the court file in the instant action, hereby orders:

   The Motion to Continue Trial is granted.

   Trial in this matter shall commence on June 20, 2006 at 8:30 a.m. A pretrial conference is will be held on June 5, 2006 at 9:00 a.m.

   IT IS FURTHER ORDERED THAT: the time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., continue to be excluded through June 20, 2006 pursuant to 18 U.S.C. Section 3161 (h)(7), and 18 U.S.C. Section 3161 (h) (8) (B) (iv).

   IT IS SO ORDERED.

   Dated:   April 7, 2006         /s/ Anthony W. Ishii
   0m8i78                   UNITED STATES DISTRICT JUDGE